1 | BESS M. BREWER, #100364
LAW OFFICE OF
2 | BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 | Sacramento, CA 95817
Telephone: (916) 509-7051
4
5 | Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| SAMUEL ESPOSITO | ) | CASE NO. 2:10-CV-02862-EFB |
|---|---|---|
| | ) | |
| | ) | **STIPULATION AND** |
| | ) | **ORDER EXTENDING PLAINTIFF'S** |
| **Plaintiff,** | ) | **TIME TO FILE SUMMARY** |
| | ) | **JUDGEMENT MOTION** |
| **v.** | ) | |
| | ) | |
| **MICHAEL J. ASTRUE** | ) | |
| **Commissioner of Social Security** | ) | |
| **of the United States of America,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the Plaintiff's time to file his summary judgment is hereby extended from June 6, 2011, to July 22, 2011. This is Plaintiff's first extension and is required due to Plaintiff's counsel's impacted briefing schedule, office move, and need to prioritize older cases.

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: June 6, 2011 | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |
| Dated: June 6, 2011 | Benjamin B. Wagner<br>United States Attorney<br>/s/ Cynthia De Nardi<br>CYNTHIA DE NARDI<br>Special Assistant United States Attorney<br>Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: June 7, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE