```
BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051
```

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAMUEL ESPOSITO**<br><br>         **Plaintiff,**<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>         **Defendant.** | CASE NO. 2:10-CV-02862-EFB<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the Plaintiff's time to file his summary judgment is hereby extended from July 22, 2011, to August 23, 2011. This extension is required due to Plaintiff's counsel's impacted briefing schedule.

Dated: July 22, 2011          */s/Bess M. Brewer*
                              BESS M. BREWER
                              Attorney at Law

                              Attorney for Plaintiff

1

Dated: July 22, 2011

Benjamin B. Wagner
United States Attorney

/s/ Scott Borrowman for Cynthia De Nardi
CYNTHIA DE NARDI

Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: July 25, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE