BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAMUEL ESPOSITO** | **CASE NO. 2:10-CV-02862-EFB** |
| **Plaintiff,** | **STIPULATION AND PROPOSED ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |
| v. | |
| **MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the Plaintiff's time to file his summary judgment is hereby extended to September 12, 2011. The motion was previously extended to August 23, 2011, but Plaintiff's attorney failed to record the new date and as a result failed to timely file the motion. Plaintiff's counsel was apprised of the oversight today when opposing counsel informed her that the brief was past due. Plaintiff's counsel apologizes for the oversight and requests that she be allowed to filed the brief on Monday, September 12, 2011. *See*, Declaration set forth below

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: September 9, 2011 | */s/Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law |
| | Attorney for Plaintiff |
| Dated: September 9, 2011 | Benjamin B. Wagner <br> United States Attorney <br> /s/ Theophous Reagans <br> THEOPHOUS REAGANS <br> Special Assistant United States Attorney <br> Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED:  September 12, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE